UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19 CR 426-005 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| KIMBERLY YVETTE GREEN, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Kimberly Yvette Green, which was referred to the Magistrate Judge with the consent of the parties.

On July 16, 2019, the government filed a 17 count Indictment, charging Defendant Green with Conspiracy to Possess with Intent to Distribute and Distribute Cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b) (1)(A), and Use of a Communications Facility to Facilitate a Felony Drug Offense, in violation of 21 U.S.C. § 843(b). Defendant was arraigned on July 29, 2019, and entered a plea of not guilty to counts 1 and 11 through 17 of the Indictment, before Magistrate Judge Thomas M. Parker. On February 2, 2022, Magistrate Judge Parker received Defendant Green's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Green

is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Kimberly Yvette Green is adjudged guilty to count 1of the Indictment, in violation of Title 21 U.S.C. §§ 846, and 841(b)(1)(A). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on May 25, 2022, at 2:30 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 8, 2022